IN THE SUPREME COURT OF TEXAS

 No. 11-0815

 MAERSK LINE, LIMITED, Petitioner
 v.
 MIGUEL RUIZ, JOHN CRONAN AND RICHARD E. HICKS, RESPONDENTS

 On Petition for Review

ORDERED:

 1. Petitioner's Motion to Stay Trial Court Proceedings, filed
October 27, 2011, is granted. All trial court proceedings in Cause No.
2009-64336, styled Miguel Ruiz and Husain Salah, Mohamed Abdel Waham,
Andrew Brzezinski, Mario Clotter and Hector Sanchez (Intervenors) vs.
Waterman Steamship Corporation and Maersk Line, Limited, in the 164th
District Court of Harris County, Texas, are stayed pending further order of
this Court.
 2. The petition for review remains pending before this Court.

 Done at the City of Austin, this November 18, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk